UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HADASSAH SHELLENBERGER, <br><br> Plaintiff, <br><br> v. <br><br> AIG WARRANTYGUARD, INC., et al., <br><br> Defendants. | CASE NO. C24-0657JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On July 15, 2024, this matter was reassigned to the Honorable James L. Robart. (7/15/24 Min. Order (Dkt. # 28).) The same day, Defendants AIG WarrantyGuard, Inc. ("AIG") and Whirpool Corp. (individually, "Whirlpool" and together with AIG, "Defendants") each filed motions to dismiss the complaint. (AIG MTD (Dkt. # 23);

//

MINUTE ORDER - 1

| | |
|---|---|
| 1 | Whirlpool MTD (Dkt. # 26).)  AIG noted its motion for September 5, 2024, whereas |
| 2 | Whirlpool noted its motion for August 12, 2024. |
| 3 | Local Civil Rule 7(d)(4) provides that motions to dismiss "shall be noted for |
| 4 | consideration *no earlier* than 28 days after filing."  Local Rules W.D. Wash. LCR 7(d)(4) |
| 5 | (emphasis added).  Defendants each properly noted their motions for the court's |
| 6 | consideration no earlier than 28 days after the filing date.  Nevertheless, the motions are |
| 7 | related, and the court will consider them together.  The court therefore ORDERS that |
| 8 | AIG's motion shall be re-noted for **August 12, 2024**.  The parties shall file their |
| 9 | opposition and reply briefs in accordance with the August 12, 2024 noting dates and the |
| 10 | deadlines set forth in Local Civil Rule 7(d)(4).  *See* Local Rules W.D. Wash. LCR |
| 11 | 7(d)(4). |
| 12 | Filed and entered this 17th day of July, 2024. |

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2