THE HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HADASSAH SHELLENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIG WARRANTYGUARD, INC., and WHIRLPOOL CORPORATION,<br><br>Defendants. | Case No. 2:24-cv-00657-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE WORD LIMIT FOR PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE WORD LIMIT FOR PLAINTIFF'S CONSOLIDATED OPPOSITION
CASE NO: 2:24-CV-00657-JLR - 1

LAW OFFICE OF EVAN SUMER
145 Corte Madera Town Center #464
Corte Madera, CA 94925
(415) 294-1966

ALBERT LAW PLLC
3131 Western Ave.
Suite 410
Seattle, WA 98121
(206) 576-8044

# [PROPOSED] ORDER

Having reviewed Parties' Joint Stipulation to Extend the Word Limit for Plaintiff's Consolidated Opposition to Defendants' Motions to Dismiss, the Court finds that good cause exists to approve it. Plaintiff may file a single memorandum of points and authorities, not to exceed 10,800 words, in support of her oppositions to Defendants' separate motions to dismiss.

Defendants AIGWG and Whirlpool may each respond to Plaintiff's consolidated Opposition with a separate reply brief.

**IT IS SO ORDERED.**

Dated this 25th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ Evan E. Sumer
Evan E. Sumer (*Admitted Pro Hoc Vice*)
Law Office of Evan Sumer
145 Corte Madera Town Center, #464
Corte Madera, CA  94925
Telephone: (415) 294-1966
Email: ems@consumerlaw.us

And –

Albert Law PLLC
Gregory W. Albert, WSBA #42673
Tallman H. Trask, IV, WSBA #60280
3131 Western Ave., Suite 410
Seattle, WA 98121
Telephone: (206) 576-8044
Email: greg@albertlawpllc.com
         tallman@albertlawpllc.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE WORD LIMIT FOR PLAINTIFF'S CONSOLIDATED OPPOSITION
CASE NO: 2:24-CV-00657-JLR - 2

LAW OFFICE OF EVAN SUMER
145 Corte Madera Town Center #464
Corte Madera, CA 94925
(415) 294-1966

ALBERT LAW PLLC
3131 Western Ave.
Suite 410
Seattle, WA 98121
(206) 576-8044

Approved as to Form by:

By: /s/ Donald J. Verfurth
     Donald J. Verfurth

Donald J. Verfurth (WSBA # 15554)
*dverfurth@grsm.com*
**GORDON REES SCULLY MANSUKHANI**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5111
Facsimile: (877) 634-3032

Rachel E. K. Lowe (*Admitted Pro Hac Vice*)
*rachel.lowe@alston.com*
**ALSTON & BIRD**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Phone: (213) 576-1000
Facsimile: (213) 576-1100

David B. Carpenter (*Admitted Pro Hac Vice*)
*david.carpenter@alston.com*
**ALSTON & BIRD**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Facsimile: (404) 881-7777

Adam Kaiser (*Admitted Pro Hac Vice*)
*adam.kaiser@alston.com*
**ALSTON & BIRD**
90 Park Avenue
New York, NY 10016-1387
Phone: (212) 210-9522
Facsimile: (212) 922-3942

Attorneys for Defendant
AIG WARRANTYGUARD, INC.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE WORD LIMIT FOR PLAINTIFF'S CONSOLIDATED OPPOSITION
CASE NO: 2:24-CV-00657-JLR - 3

LAW OFFICE OF EVAN SUMER
145 Corte Madera Town Center #464
Corte Madera, CA 94925
(415) 294-1966

ALBERT LAW PLLC
3131 Western Ave.
Suite 410
Seattle, WA 98121
(206) 576-8044

1  And –

2  **WHEELER TRIGG O'DONNELL LLP**

3

4  By: */s/ Galen D. Bellamy*
   Wheeler Trigg O'Donnell LLP
5  Galen D. Bellamy

6  *Attorneys for Defendant*
7  WHIRLPOOL CORPORATION

---

27  [PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE WORD LIMIT FOR PLAINTIFF'S CONSOLIDATED OPPOSITION
28  CASE NO: 2:24-CV-00657-JLR - 4

LAW OFFICE OF EVAN SUMER
145 Corte Madera Town Center #464
Corte Madera, CA 94925
(415) 294-1966

ALBERT LAW PLLC
3131 Western Ave.
Suite 410
Seattle, WA 98121
(206) 576-8044