1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| HADASSAH SHELLENBERGER, | CASE NO. C24-0657JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| AIG WARRANTYGUARD, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 9, 2024, Defendants AIG WarrantyGuard, Inc. ("AIGWG") and Whirlpool Corporation ("Whirlpool" and together with AIGWG, "Defendants") filed a joint motion for a protective order staying discovery pending resolution of their motions to dismiss the putative class action complaint. (Mot. (Dkt. # 39); *see also* AIGWG MTD (Dkt. # 23); Whirlpool MTD (Dkt. # 26); Compl. (Dkt. # 1).) The court will consider

MINUTE ORDER - 1

Defendants' joint motion on an expedited basis. Accordingly, Plaintiff Hadassah Shellenberger shall respond to the motion by no later than **Friday, August 16, 2024**. Defendants will not be permitted to file a reply.

The Clerk is DIRECTED to re-note Defendants' joint motion (Dkt. # 39) for consideration on Friday, August 16, 2024.

Filed and entered this 12th day of August, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2