The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HADASSAH SHELLENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIG WARRANTYGUARD, INC., and WHIRLPOOL CORPORATION,<br><br>Defendants. | Case No. 2:24-cv-00657-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS |

On August 9, 2024 Defendants filed their Joint Motion for Protective Order Staying Discovery Pending Resolution of Defendants' Motions to Dismiss. Having considered all papers filed in support of and in opposition to the Motion, oral argument of counsel, and all other pleadings and papers on file herein,

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Joint Motion for Protective Order Staying Discovery Pending Resolution of Defendants' Motions to Dismiss is GRANTED;

2. Discovery in this case shall be STAYED until the Court has ruled on Defendants' pending Motions to Dismiss the Complaint;

3. In the event Defendants Motions to Dismiss are granted in their entirety without

PROPOSED ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER
Case No. 2:24-cv-00657-JLR

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

prejudice, discovery shall remain STAYED until Plaintiff files an amended complaint and any motions to dismiss that complaint are resolved;

4. ~~Once the discovery stay has been lifted, the parties shall work together in good faith to propose a schedule for completing discovery.~~

***The unexpired deadlines in the court's initial scheduling order (Dkt. # 33), including the deadline for initial disclosures, are VACATED.  The court will re-set initial case deadlines by issuing a new scheduling order, as necessary, after the discovery stay has been lifted.

**IT IS SO ORDERED.**

Presented by:

**CORR CRONIN LLP**

**s/ Emily J. Harris**
s/ Emily J. Harris
Emily J. Harris, WSBA No. 35763
Kristin Bateman, WSBA No. 54681
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
eharris@corrcronin.com
kbateman@corrcronin.com

***The court has modified Defendants' proposed order as indicated above.

DATED this 19th day of August, 2024

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

~~PROPOSED~~ ORDER GRANTING WHIRLPOOL'S MOTION TO DISMISS
Case No. 2:24-cv-00657-GJL
2

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  DATED this 9th day of August, 2024

CORR CRONIN LLP

*s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
Kristin Bateman, WSBA No. 54681
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
eharris@corrcronin.com
kbateman@corrcronin.com

WHEELER TRIGG O'DONNELL LLP
Galen D. Bellamy
(*pro hac vice pending*)
Andrew M. Unthank
(*pro hac vice pending*)
Riley C. Collins
(*pro hac vice pending*)
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone: 303.244.1800
Facsimile:  303.244.1879
Email: bellamy@wtotrial.com
       unthank@wtotrial.com
       rcollins@wtotrial.com

Attorneys for Defendant,
Whirlpool Corporation

---

~~PROPOSED~~ ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER
Case No. 2:24-cv-00657-JLR

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900