# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HADASSAH SHELLENBERGER,<br><br>Plaintiff,<br><br>v.<br><br>AIG WARRANTYGUARD, INC., et al.,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C24-0657JLR |

___  **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff Hadassah Shellenberger's amended complaint, and this action, are

DISMISSED with prejudice.  (2/3/25 Order (Dkt. # 59).)

Filed this 3rd day of February, 2025.

>	RAVI SUBRAMANIAN
>	Clerk of Court
>
>	s/ Ashleigh Drecktrah
>	Deputy Clerk